# Exhibit C

*Notice to Plaintiffs of Removal to U.S. District Court*

| | |
|---|---|
| STATE OF SOUTH CAROLINA<br><br>COUNTY OF YORK<br><br>Crystal Faulkner individually and as Guardian for K.F., and John Faulkner individually and as Guardian for K.F.,<br><br>                  Plaintiffs,<br><br>    v.<br><br>York County School District and Michael Abraham,<br><br>                  Defendants. | IN THE COURT OF COMMON PLEAS<br>SIXTEENTH JUDICIAL CIRCUIT<br><br>C.A. No. 2020-CP-46-00300<br><br>**NOTICE TO PLAINTIFFS OF FILING OF NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT** |

**TO:    CYRUS CORBETT, ESQUIRE, AND JOSHUA E. SLAVIN, ESQUIRE, COUNSEL FOR PLAINTIFFS:**

YOU WILL PLEASE TAKE NOTICE that on July 14, 2021, York County School District[1] ("District") and Michael Abraham ("Abraham") (collectively "Defendants"), by and through their undersigned counsel, have filed a Notice of Removal of Civil Action to the United States District Court, a copy of which is appended hereto as **Exhibit A,** praying that the above-entitled action be removed to the United States District Court for the District of South Carolina, Rock Hill Division. This notice is provided in accordance with 28 U.S.C. § 1446(d).

You also are advised that Defendants, having filed the Notice of Removal of Civil Action to the United States District Court with the Clerk of the United States District Court for the District of South Carolina, Rock Hill Division, have filed contemporaneously herewith a Notice to the Circuit Court of Filing of Notice of Removal of Civil Action, a copy of which is appended hereto as **Exhibit B.**

---

[1] The proper name for the District is York School District 1.

1

Respectfully Submitted:

WHITE & STORY, LLC

By: *s/Lonnesse P. Mitchell*
    Ashley C. Story (S.C. Bar No. 100578)
    Lonnesse P. Mitchell (S.C. Bar No. 101012)
    P.O. Box 7036
    Columbia, SC  29202
    Telephone: (803) 814-0993
    Facsimile: (803) 814-1183
    astory@sodacitylaw.com
    lmitchell@sodacitylaw.com

***Attorneys for Defendants York School District 1 and Michael Abraham***

July 14, 2021
Columbia, South Carolina

2

| | |
|---|---|
| STATE OF SOUTH CAROLINA<br><br>COUNTY OF YORK<br><br>Crystal Faulkner as guardian for K.F., John Faulkner as guardian for K.F.,<br><br>       Plaintiffs,<br><br>       v.<br><br>York County School District,<br><br>       Defendant. | IN THE COURT OF COMMON PLEAS<br>TENTH JUDICIAL CIRCUIT<br><br>C.A. No. 2019-CP-04-00634<br><br><br>**CERTIFICATE OF SERVICE** |

The undersigned of White & Story, LLC, hereby certifies that he has served Plaintiffs' counsel with the foregoing **NOTICE TO PLAINTIFFS OF FILING OF NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT,** by emailing and mailing a copy of same, postage prepaid and return address clearly indicated, to the following on this 14th day of JULY 2021:

William Cyrus Corbett, Esq.
Gaston, Marion & Stubbs, P.A.
P.O. Box 608
Chester, SC 29706
corbettwc@gmail.com
(803) 385-2114 x22

Joshua E Slavin, Esq.
P.O. Box 762
Mount Pleasant, SC 29465
josh@attorneycarolina.com
(843) 619-7338


           *s/Ian Thomson*_____
           Ian Thomson – *Litigation Paralegal*

3