IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Crystal Faulkner individually and as Guardian for K.F., and John Faulkner individually as Guardian for K.F., <br><br>   Plaintiffs, <br><br> v. <br><br> York County School District One <br><br>   Defendant. | C/A No. 0:21-cv-02090-SAL <br><br><br><br> **ORDER FOR REMAND** |

This matter is before the court on the parties' consent motion to remand this action to state court because no federal law causes of action remain. [ECF No. 38.] The court **GRANTS** the consent motion and hereby **REMANDS** this action to the Court of Common Pleas for York County, South Carolina.

**IT IS SO ORDERED.**

/s/ Sherri A. Lydon
United States District Judge

August 23, 2022
Columbia, South Carolina

1